HONORABLE MARSHA J. PECHMAN

04-CV-00289-DECL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SKY MORTGAGE, INC., a Washington corporation,

    Plaintiff,

v.

SKY BANK, INC., a Washington corporation, SCOTT RERUCHA, TONY ICASIANO, and JEFFERY LOW, individuals,

    Defendants.

No. C04 0289P

**DECLARATION OF GREG SCHMIDT**

I, Greg Schmidt, do declare under penalty of perjury that the following is true and accurate to the best of my knowledge:

1. I am an individual resident of the State of Washington, and am competent to attest to the facts in this Declaration.

2. I am a title representative in Bellevue, Washington. I know Scott Rerucha in connection with my business as a title representative. I also know Kevin MacPherson and Jeff Tisdale at Sky Mortgage.

3. I recall having a conversation with Scott Rerucha, in which he told me that he was planning to form a bank called Sky Bank. During this conversation, I informed him that there already was a mortgage company called Sky Mortgage. In response, Scott said

DECLARATION OF GREG SCHMIDT - 1

Case No. C04-0289P
120024.0001/1085476.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000

ORIGINAL

1  something about the people at Sky Mortgage coming to work for Sky Bank. He also said he
2  hadn't finalized the name yet.
3      4.    I do not recall the exact date of this conversation, but I recall that it took place
4  within a month of the time that Scott Rerucha left Bay Bank.
5      DATED this 11 day of ~~February~~ March, 2004, at Seattle, Washington.

8                                    GREG SCHMIDT

DECLARATION OF GREG SCHMIDT - 2

Case No. C04-0289P
120024.0001/1085476.1

LANE POWELL SPEARS LUBERSKY LLP
SUITE 4100
1420 FIFTH AVENUE
SEATTLE, WA 98101
(206) 223-7000