```
FILED ____ ENTERED
LODGED ____ RECEIVED
    APR 05 2004  MR
     AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                    DEPUTY
```

RECEIVED
APR 05 2004
LANE POWELL SPEARS LUBERSKY LLP
TIME _____ ATTY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SKY MORTGAGE, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SKY BANK, INC., a Washington corporation; SCOTT RERUCHA; TONY ICASIANO, and JEFFERY LOW, individuals<br><br>Defendants. | No. C04 0289 P<br><br>**SECOND DECLARATION OF GREG SCHMIDT**<br><br><br><br>04-CV-00289-MISC |

Greg Schmidt states and declares under penalty of perjury and upon his personal testimonial knowledge that the following is true and accurate to the best of his knowledge:

1. At the request of Kevin MacPherson and the attorney's for Sky Mortgage, I signed a declaration in this case dated March 11, 2004. At the request of Scott Rerucha and the attorneys for Sky Bank, I have reviewed the March 11th declaration that I signed and believe that as written, it is inaccurate and needs clarification to be accurate.

---

SECOND DECLARATION OF GREG
SCHMIDT – PAGE 1
\\server1\F\JHC\Pld\Sky Bank\schmidt.dec.doc 3/24/04 (t)
#23376.003

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

ORIGINAL

2. In paragraph 3 of my March 11th Declaration, I believe my conversation with Scott Rerucha has not been accurately described, probably because of miscommunication between myself and the attorneys for Sky Mortgage.

3. Paragraph 4 also is inaccurate as written.

4. The accurate recount of the conversation I had with Scott Rerucha is almost identical to the following which I have put in script format:

| Greg: | Scott, I understand you are setting up a bank named Sky Bank, did you know that there is a Sky Mortgage? I have called on them several times for their title business. |
|---|---|
| Scott: | That is the first I have heard of a Sky Mortgage. Maybe they can work with me or we can work together. |

5. Scott said nothing about not having finalized his name yet.

6. As far as paragraph 4 of my declaration is concerned, I do not recall when the conversation took place between myself and Scott Rerucha, and I specifically do not recall that it took place within a month of the time that Scott Rerucha left Bay Bank. I simply do not know when the conversation took place at all. I call on so many people in my business that it is impossible for me to recall dates and times and I generally do not keep a diary or other schedule of my visits since I make so many during a day in my role as marketing representative for a title company.

DATED this 24 day of March, 2004 at Seattle, Washington

Greg Schmidt

**SECOND DECLARATION OF GREG SCHMIDT – PAGE 2**
\\server1\FUHC\P\d\Sky Bank\schmidt.dec.doc 3/24/04 (t)
#23378.003

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201