THE HONORABLE MARSHA J. PECHMAN
CC TO JUDGE___DJ___

| | |
|---|---|
| | _____ FILED ____ ____ENTERED |
| | _____ LODGED _____ RECEIVED |
| **04-CV-00289-ANS** | **JUN 1 0 2004**  **DJ** |
| | AT SEATTLE |
| | CLERK U.S. DISTRICT COURT |
| | WESTERN DISTRICT OF WASHINGTON |
| | BY                          DEPUTY |

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

SKY MORTGAGE, INC., a Washington
corporation,

                    Plaintiff,

         Vs.

SKY BANK, INC., a Washington corporation;
FORTUNE SERVICES, INC., a Washington
corporation; SCOTT RERUCHA; TONY
ICASIANO, and JEFFERY LOW, individuals,

                    Defendants.

No.  C04 0289P

**ANSWER OF ADDITIONAL
DEFENDANTS FORTUNE
SERVICES, INC. TO
AMENDED COMPLAINT**

COMES now Fortune Services, Inc., and by way of Answer to the Amended

Complaint herein, states as follows:

    1.  The allegations of paragraph 6 are admitted.

    2.  Except as to paragraph 6, all admissions, denials, affirmative defenses, and

prayers for relief contained in the original Answer to the Complaint herein are hereby

incorporated herein by reference as the Answer of Fortune Services, Inc. as if fully set

forth.

ANSWER OF DEFENDANT FORTUNE
SERVICES, INC. TO AMENDED COMPLAINT - 1
F:\CEW\Pld\Sky Bank\Answer to Amended Complaint.doc 6/9/04
(smd) #

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA  98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201

ORIGINAL

1

## RELIEF SOUGHT

2      Fortune Services, Inc. prays for the same relief as that sought by Defendants in

3 the initial Answer in this action.

4      DATED: June 9, 2004.

5                                    OSERAN, HAHN, SPRING & WATTS, P.S.

6

7                          By: _____

8                               CHARLES E. WATTS, WSBA #02331
                                Attorneys for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ANSWER OF DEFENDANT FORTUNE
SERVICES, INC. TO AMENDED COMPLAINT - 2
F:\CEW\Pld\Sky Bank\Answer to Amended Complaint.doc 6/9/04
(smd) #

OSERAN HAHN SPRING & WATTS P.S.
10900 NE Fourth Street #850
Bellevue WA 98004
Phone: (425) 455-3900
Facsimile: (425) 455-9201