THE HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| SKY MORTGAGE, INC., a Washington corporation,<br><br>              Plaintiff,<br>     Vs.<br><br>SKY BANK, INC., a Washington corporation; FORTUNE SERVICES, INC., a Washington corporation; SCOTT RERUCHA; TONY ICASIANO, and JEFFERY LOW, individuals,<br><br>              Defendants. | No. C04 0289RSM<br><br>**DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY**<br><br>**(FRCP 26(a)(2))** |

Defendants disclose the following expert testimony intended to be offered at trial:

1.  James Hebert – Mr. Hebert's credentials and a summary of his testimony and the grounds therefore have previously been given in formal Declaration filed by defendants in opposition to Plaintiff's Motion for Partial Summary Judgment. It is anticipated that Mr. Hebert's testimony will closely follow his Declaration and therefore that Declaration shall constitute his "report" for purposes of disclosure.

**DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY** - 1
F:\CEW\Pld\Sky Bank\discl of expert test.doc  8/5/04 (MN)
#23378.003

**OSERAN HAHN SPRING & WATTS P.S.**
10900 NE Fourth Street #850
Bellevue WA  98004
Phone:  (425) 455-3900
Facsimile:  (425) 455-9201

1      2.    Eric Peterson – As with Mr. Hebert, defendants anticipate offering the

2  testimony of Eric Peterson which will closely follow his Declaration submitted in

3  opposition to plaintiff's Motion for Partial Summary Judgment.  Therefore, defendants

4  incorporate by reference his Declaration as the expert witness "report."

5      DATED:  August 5, 2004.

6                                             OSERAN, HAHN, SPRING & WATTS, P.S.

7

8                                     By:  /s/  CHARLES E. WATTS
                                          CHARLES E. WATTS, WSBA #02331

9                                            Attorneys for Defendants
                                          Oseran Hahn Spring & Watts, P.S.

10                                           10900 NE 4th Street, Suite 850
                                          Bellevue, WA 98004

11                                           Telephone: 425.455.3900
                                          Fax: 425.455.9201

12                                           Email:  tedwatts@oseranhahn.com

13

14

15

16

17

18

19

20

21

22

**DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY** - 2
F:\CEW\Pld\Sky Bank\discl of expert test.doc  8/5/04 (MN)
#23378.003

**OSERAN HAHN SPRING & WATTS P.S.**
10900 NE Fourth Street #850
Bellevue WA  98004
Phone:  (425) 455-3900
Facsimile:  (425) 455-9201

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Lynn M. Salvatori, hereby certify and declare under penalty of perjury as |
| 3 | follows: |
| 4 | I am a citizen of the United States and a resident of King County, Washington.  I |
| 5 | am over the age of 18 years and am not a party to the within cause.  My business |
| 6 | mailing address is 10900 NE 4th St., Bellevue, WA  98004. |
| 7 | I hereby certify that on August 5, 2004, I electronically filed Defendants' |
| 8 | Disclosure of Expert Testimony to the Clerk of the Court using the CM/ECF system |
| 9 | which will send notification of such filing to the following persons: |
| 10 | James H. Clark            jimclark@osesranhahn.com, terrih@oseranhahn.com |
| 11 | Regina Vogel Culbert      culbertr@lanepowell.com, mcconnellp@lanepowell.com |
| 12 | Paul Douglas Swanson      Swansonp@lanepowell.com, pottert@lanepowell.com, |
| 13 | docketing-sea@lanepowell.com |
| 14 | Charles E. Watts     tedwatts@oseranhahn.com, lynn@oseranhahn.com |
| 15 | DATED:  August 5, 2004. |
| 16 | OSERAN, HAHN, SPRING & WATTS, P.S. |
| 17 |   |
| 18 | By:  /S/ LYNN M. SALVATORI<br>LYNN M. SALVATORI |
| 19 | Oseran Hahn Spring & Watts, P.S.<br>10900 NE 4th Street, Suite 850 |
| 20 | Bellevue, WA 98004<br>Telephone: 425.455.3900 |
| 21 | Fax: 425.455.9201<br>Email:  tedwatts@oseranhahn.com |
| 22 |   |

**DEFENDANTS' DISCLOSURE OF EXPERT TESTIMONY** - 3
F:\CEW\Pld\Sky Bank\discl of expert test.doc  8/5/04 (MN)
#23378.003

**OSERAN HAHN SPRING & WATTS P.S.**
10900 NE Fourth Street #850
Bellevue WA  98004
Phone:  (425) 455-3900
Facsimile:  (425) 455-9201